475 A.2d 742

**Steven GADBOIS and Judith A. Gadbois and Larry P. Fox and Glenda M. Kreiser**

v.

**LEB–CO BUILDERS, INC., Appellant at No. 45,**

v.

**BETHEL TOWNSHIP, Appellant at No. 44.**

Supreme Court of Pennsylvania.

Argued May 16, 1984.

Decided May 25, 1984.

Frederick S. Wolf, Lebanon, for Leb-Co Builders, Inc.

Thomas S. Long, Lebanon, for Bethel.

George E. Christianson, Lebanon, for Gadbois, et ux. and Fox, et al.

## ORDER

PER CURIAM.

Appeals dismissed as having been improvidently granted.

ZAPPALA, J., dissents.